# SANDERS LAW, PLLC

ATTORNEYS AT LAW
_____

100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NEW YORK 11530
TEL: (516) 203-7600
FAX: (516) 706-5055

Robert J. Baker
David M. Barshay
Marc D. Grossman[†]
Craig B. Sanders[◊]
Douglas H. Sanders[°]
---------------
Mark R. Bernstein
Martin Block
Edward A. Cespedes
Jennifer M. Gerdes
Michael C. Hayes
Melissa C. Ingrassia
Randi A. Kassan

◊ Admitted in NY, FL, CA, UT, MD, CO
o Admitted in NY, MI, GA, KY, MA, OH, AZ
Δ Admitted in NY, MA, WA
† Admitted in NY, NJ, PA, IL*
‡ Admitted in NY, NJ, PA, CT, DC
º Admitted in NY, MA

Val Kleyman
Joaquin J. Lopez
Barbara Manes
Glenn Miller[Δ]
Todd D. Muhlstock
Steven J. Neuwirth
Edward J. Nitkewicz
Karishma Patel[º]
Poly Papadopoulos
Melissa A. Pirillo[‡]
Malgorzata Rafalko
Angelo F. Rizzo
Phyllis L. Sanders
Stanley J. Sanders
Cindy S. Simms
Joseph B. Viener
Meryl S. Viener
Michael F. Villeck
Edward D. Woycik, Jr.

June 2, 2015

Judge Leonard Wexler
944 Federal Plaza
Central Islip, New York 11722

Re:   *Beltrez v. Credit Collection Services*, No. 2:14-cv-07303-LDW-AKT
        Class Certification Motion

Dear Judge Wexler:

We write on behalf of the parties in the above-captioned matter.

On January 30, 2015, Plaintiff filed a letter application for a pre-motion conference concerning Plaintiff's motion for class certification. (Dkt. 13). On February 6, 2015, Defendant filed its response. (Dkt 14).

The purpose of this letter is to advise the Court that the parties have agreed to hold the request for a the pre-motion conference in abeyance pending completion of discovery.

Thank you.

Respectfully submitted:

/s/ David M. Barshay

/s/ Michael A. Carbone

David M. Barshay
*Attorney for Plaintiff*

Michael A. Carbone
*Attorney for Defendant*